AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2013 JUL 18 A 11: 21
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | |
|---|---|
| PATRICIA TANNER, an individual, and TJINTA ESTATES, a Utah limited liability company, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| HEATH JOHNSTON, an individual, CRAIG LEWIS, an individual, TIMOTHY ROSS, an individual, H&S INVESTMENTS, a Utah limited liability company, JUSTIN JOHNSTON, an individual, AMERICAN COMMERCIAL REAL ESTATE SPECIALISTS GROUP, a Utah limited liability company, and UTAH COUNTY COMMERCIAL REAL ESTATE SPECIALISTS GROUP, | |

Case Number: 2:11-cv-00028-TS-DBP

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the NAI defendants and against the plaintiffs on plaintiffs' federal securities claims. Plaintiffs' state law claims are dismissed without prejudice.

July 18, 2013
Date

D. Mark Jones
Clerk of Court

_____
(By) Deputy Clerk