Justin Wayment (#7011)
Hofeling, Wayment & Marchant, LLP
51 E. 400 N., Bld. #1
Cedar City, UT 84721
Telephone: (435) 586-3300
*legal@suhdutsingllc.com*

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| PATRICIA TANNER, an individual; and TJINTA ESTATES, LLC, a Utah limited liability company,<br><br>      Plaintiffs,<br> vs.<br><br>HEATH JOHNSTON, an individual; CRAIG LEWIS, an individual; TIMOTHY ROSS, an individual; H & S INVESTMENTS, LLC, a Utah limited liability company d/b/a SUMMIT DEVELOPMENT & MANAGEMENT; JUSTIN JOHNSTON, an individual; AMERICAN COMMERCIAL REAL ESTATE SPECIALISTS GROUP, LLC, a Utah limited liability company d/b/a NAI UTAH COMMERCIAL REAL ESTATE, UTAH COUNTY COMMERCIAL REAL ESTATE SPECIALISTS GROUP, LLC, a Utah limited liability company; John Does 1-10,<br><br>      Defendants. | **SATISFACTION OF JUDGMENT**<br><br><br><br>Civil No. 2:11-cv-00028<br><br>Judge Ted Stewart |

WHEREAS, a judgment was entered in the above action on the 25th day of January, 2012 in favor of Patricia Tanner and Tjinta Estates, LLC and against Heath Johnston and H&S Investments, LLC in the amount of $940,850.00, with an additional sum of $50,000.00 in attorneys fees, plus interest on these amounts from the day of judgment at the rate of 2.3% per annum,

and WHEREAS a confidential Settlement Agreement was reached between said parties on January 23, 2012 providing for the payment of the Settlement Amount to Patricia Tanner and Tjinta Estates, LLC and said Settlement Amount having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, said judgment may be deemed to have been satisfied, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment.

Dated: April 3, 2015
Cedar City, Utah


By:  **/s/ Justin Wayment**
Justin Wayment
Attorney for Patricia Tanner and Tjinta Estates, LLC